UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Oloveuse (Ole) Savior, | Case No. 17-cv-2637 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Mark Dayton, Governor of Minnesota; Minnesota House of Representatives; and Minnesota Senate, | |
| Defendants. | |

This matter is before the Court on the August 3, 2017 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (Dkt. 3.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 3, 2017 Report and Recommendation, (Dkt. 3), is **ADOPTED**;

2. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's *in forma pauperis* application, (Dkt. 2), is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 31, 2017          s/Wilhelmina M. Wright
                                Wilhelmina M. Wright
                                United States District Judge